IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEURIG GREEN MOUNTAIN, INC.<br><br>Plaintiff,<br><br>v.<br><br>TOUCH COFFEE & BEVERAGES, LLC,<br><br>Defendant. | CIVIL ACTION NO.: 1:16-CV-10142-DJC |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to the parties' settlement agreement in the above-captioned action and to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Keurig Green Mountain, Inc. and Defendant Touch Coffee & Beverages, LLC that each and every claim and counterclaim in the above-captioned action is, and shall be, voluntarily dismissed, with prejudice, and without costs, expenses, or fees (including attorneys' fees) to either party, and that the United States District Court for the District of Massachusetts shall retain jurisdiction for the enforcement of the parties' settlement agreement.

Date: January 28, 2017

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Michael A. Albert | /s/ Sang N. Dang |
| Michael A. Albert, BBO # 558566 | Sang N. Dang (CA Bar No. 214558) |
| malbert@wolfgreenfield.com | sdang@bluecapitallaw.com |
| Gerald B. Hrycyszyn, BBO # 675201 | Blue Capital Law Firm, PC |
| ghrycyszyn@wolfgreenfield.com | 650 Town Center Drive, Suite 1530 |
| Christopher W. Henry, BBO # 676033 | Costa Mesa, CA 92626 |
| chenry@wolfgreenfield.com | Telephone: 714.839.3800 |
| WOLF, GREENFIELD & SACKS, P.C. | Facsimile: 714.795.2995 |
| 600 Atlantic Avenue | |
| Boston, MA 02210 | Gary E. Lambert, BBO # 548303 |
| Telephone: (617) 646-8000 | lambert@lambertpatentlaw.com |
| Facsimile: (617) 646-8646 | Brendan M. Shortell, BBO # 675851 |
| | shortell@lambertpatentlaw.com |
| *Counsel for Keurig Green Mountain, Inc.* | LAMBERT & ASSOCIATES |
| | 92 State Street, Suite 200 |
| | Boston, MA 02109 |
| | Telephone: (617)720-0091 |
| | Facsimile: (617)720-6307 |
| | |
| | *Counsel for Touch Coffee & Beverages, LLC* |

## CERTIFICATE OF SERVICE

I certify that I served the foregoing on counsel of record through the Court's ECF system.

Date: January 28, 2018

/s/ Brendan M. Shortell